**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles Lettner

Plaintiff,

v.

Social Security Administration

Defendant.

Case No.: 1:26−cv−09110
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 10/13/2026. Counsel for respondent reported that petitioner is in the process of challenging the overpayment/underpayment; Social Security owes petitioner over $7,000 and the pay out will be in three payments, which petitioner has already received the first payment. Counsel also stated that petitioner has three documents that need to be filled out and returned to Social Security. Petitioner confirmed he received the first payment and conferred with respondent's counsel to see if the documents counsel mentioned are the ones petitioner has already submitted to Social Security via email. Petitioner's motion for disqualification of judge [34] is withdrawn. In light of the update received from respondent's counsel, the Court will vacate petitioner's motion for temporary restraining order and preliminary injunction [44], [15] and dismiss this case without prejudice for 6 months. If no motion to reinstate is filed by April 13, 2027, the dismissal shall automatically convert to one with prejudice with no further action by the Court. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.